THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Travis Brown, Appellant.
 
 
 

Appeal From Marlboro County
 John M. Milling, Circuit Court Judge

Unpublished Opinion No.  2007-UP-218
Submitted May 1, 2007  Filed May 11, 2007

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, South Carolina Commission On Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,  Assistant Deputy Attorney General Donald J. Zelenka, Office of the Attorney General, all of Columbia;  and Solicitor Cecil Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Travis Brown appeals his convictions for murder, assault and battery with intent to kill, larceny in excess of $5000, and criminal conspiracy.  On appeal, Browns counsel argues the court erred in refusing to admit a letter written by co-defendant Casey Gregg and sent to Brown while in jail awaiting trial, which he claims is exculpatory.  Brown filed a pro se brief in this case arguing that his convictions and sentences should be overturned pursuant to Bobby Lee Holmes v. South Carolina, 547 U.S. 319 (2006).  
After a thorough review of the record and Browns and counsels briefs pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to be relieved.
CONCLUSION
Accordingly, the circuit courts decision is 
APPEAL DISMISSED. [1]  
STILWELL, SHORT, and WILLIAMS, JJ., concur.

[1] We decide this case without oral arguments pursuant to Rule 215, SCACR.